IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-03106-MEH

DERRICK BRICKERT,

    Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 3, 2019.**

    Before the Court is Defendant's Motion for Summary Judgment [ECF No. 66]. Pursuant to D.C. Colo. LCivR 56.1 and Fed. R. Civ. P. 6(d), the Plaintiff shall file a written response to the motion on or before June 24, 2019, and Defendant may file a reply in support of the motion within fourteen days after the response is served.